578

396 A.2d 56
Commonwealth v. William Wexler, Appellant.

Submitted March 20, 1978. Lewis S. Small, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: We accept certification of the first question and affirm the lower court's denial of the motion to quash. We decline certification of the second question. Case remanded for further proceedings.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 56
Commonwealth v. Dale Williams, Appellant.

Submitted November 14, 1977. Lester G. Nauhaus and Louis R. Dadowski, Assistant Public Defenders, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.